An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER E. PIGEON,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66445

**FILED**

OCT 15 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DENYING PETITION*

This is a proper person petition for a writ of habeas corpus. Petitioner contends that his indictment was improper, insufficient evidence of the offenses was presented at trial, the trial judge and prosecutor were biased, and he did not receive a speedy trial. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. Once a judgment of conviction is entered, appellant may challenge his conviction through a direct appeal from the judgment of conviction. *See* NRS 177.015. Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-34340

cc: Christopher E. Pigeon
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk